FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 20 2009

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:                              DEPUTY

1
2
3
4
5

6                      **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF NEVADA**

8    JEROME URBAN,                    )          3:06-CV-546-BES-VPC
                                      )
9                    Plaintiff,       )
                                      )          **ORDER**
10        v.                          )
                                      )
11   DEPUTY BEARD, *et al.*,          )
                                      )
12                   Defendants.      )
                                      )
13   ─────────────────────────────────)

14          Before the Court is the Report and Recommendation of the United States Magistrate

15   Judge (#76) ("Recommendation") entered on January 27, 2009, in which the Magistrate Judge

16   recommends that this Court enter an Order denying plaintiff's Motion for Default Judgment

17   (#59).  No objection to the Report and Recommendation has been filed.

18                            **I. DISCUSSION**

19          This Court "may accept, reject, or modify, in whole or in part, the findings or

20   recommendations made by the magistrate." 28 U.S.C. § 636(b)(1).  Further, under 28 U.S.C.

21   § 636(b)(1), if a party makes a timely objection to the magistrate judge's recommendation,

22   then this Court is required to "make a de novo determination of those portions of the [report

23   and recommendation] to which objection is made."[1]  Nevertheless, the statute does not

24   "require[ ] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474

25   U.S. 140, 149–50 (1985).  Instead, under the statute, this Court is not required to conduct "any

26   review at all . . . of any issue that is not the subject of an objection." Id. at 149.  Similarly, the

27

28   ──────────────────────────
          [1] For an objection to be timely, a party must serve and file it within 10 days after being
     served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C).

                                           1

1 Ninth Circuit has recognized that a district court is not required to review a magistrate judge's

2 report and recommendation where no objections have been filed. See United States v. Reyna-

3 Tapia, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the

4 district court when reviewing a report and recommendation to which no objections were made);

5 see also Schmidt v. Johnstone, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth

6 Circuit's decision in Reyna-Tapia as adopting the view that district courts are not required to

7 review "any issue that is not the subject of an objection."). Thus, if there is no objection to a

8 magistrate judge's recommendation, then this Court may accept the recommendation without

9 review. See e.g., Johnstone, 263 F.Supp. 2d at 1226 (accepting, without review, a magistrate

10 judge's recommendation to which no objection was filed).

11       In this case, plaintiff has not filed an objection to the Magistrate Judge's Report and

12 Recommendation.  Although no objection was filed, this Court has reviewed the Report and

13 Recommendation (#76), and accepts it.  Accordingly,

14       IT IS HEREBY ORDERED that plaintiff's Motion for Default Judgment (#59) is DENIED.

15       IT IS SO ORDERED.

16       DATED: This 18th day of February, 2009.

17

18

19

20                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28